

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2015

No. 04-15-00230-CV

**IN THE MATTER OF E.K.G.,**

From the 436th District Court, Bexar County, Texas
Trial Court No. 2013-JUV-01629
The Honorable Lisa Jarrett, Judge Presiding

# O R D E R

The Appellants' motion for recalculation of deadline for filing brief is GRANTED. Appellant's brief is due on June 29, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court